# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Shannon Evans,                                          Civ. No. 26-1822 (JWB/ECW)

        Plaintiff,

v.                                                                    **ORDER FOR DISMISSAL**

Experian Information Solutions Inc., et al.,

        Defendant.

---

The plaintiff and Equifax Information Services LLC have filed a Stipulation of Dismissal (Doc. No. 36). Based on that Stipulation, Equifax Information Services LLC is **DISMISSED WITH PREJUDICE**. Each party to bear their own costs, disbursements, and attorneys' fees.


Dated: July 1, 2026                          *s/ Jerry W. Blackwell*
                                      JERRY W. BLACKWELL
                                      United States District Court Judge